JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FININI, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MOBSTUB, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-01799<br><br>**JUDGMENT AFTER JURY VERDICT** |

Pursuant to the Verdict Form rendered by the jury after the trial herein on March 18, 2025 (Docket No. 61), and following the Court's post-trial Order on the issue of damages (Docket No. 72), the Court now **ORDERS** and **DECREES** as follows:

1. That judgment be entered on all claims in favor of Defendant / Cross-Claimant Mobstub, Inc.;
2. That no money judgment be awarded; and
3. That, as the prevailing party under the parties' contract, Mobstub, Inc. may file a Motion for Attorneys' Fees and Costs.

**IT IS SO ORDERED.**

Dated: 9/15/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1